## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Frank Branigan | : | |
| | : | Bankruptcy Case No.: 19-15351JKF |
| | : | |

### ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before _____ September 25th _____, 2019.

**Date: September 11, 2019**

_____
Judge Jean K. FitzSimon